UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
OKSANA TIMOSHENKO, on behalf of herself
and all other similarly situated consumers,

                            Plaintiff,                JUDGMENT
                                                    17-CV-4472 (ILG)

   - against –

MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP,

                            Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on March 30, 2018, granting Defendant's motion for judgment on the pleadings; denying Defendant's request for attorney's fees under 15 U.S.C. § 1692k(a)(3); and ordering Plaintiff's counsel Litvak to show cause within seven days why he should not be sanctioned for his apparent violation of Rule 11(b)(2); it is

       ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted; that Defendant's request for attorney's fees under 15 U.S.C. § 1692k(a)(3) is denied; and that Plaintiff's counsel Litvak is hereby ordered to show cause within seven days why he should not be sanctioned for his apparent violation of Rule 11(b)(2).

Dated: Brooklyn, NY                                        Douglas C. Palmer
March 30, 2018                                          Clerk of Court

                                                By:  */s/Jalitza Poveda*
                                                          Deputy Clerk